```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

HENRY R. TERRY,

                        Plaintiff,            **ORDER**
                                              CV 09-2333 (RRM)(ARL)
        -against-

THE INCORPORATED VILLAGE OF PATCHOGUE,
et al.,

                        Defendants.
---------------------------------------------------------------X
```

**LINDSAY, Magistrate Judge:**

    Plaintiff's time to respond to defendants' demand for interrogatories is extended to November 12, 2010.

Dated:  Central Islip, New York        **SO ORDERED:**
        November 3, 2010

                                              _____/s/_____
                                              ARLENE R. LINDSAY
                                              United States Magistrate Judge